# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

NYKA O'CONNOR,

     **Plaintiff,**

v.                                      Case No.  4:19cv218-AW/CAS

MARK INCH, et al.,

     **Defendants.**

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7, and the objections, ECF No. 9. I have reviewed de novo the issues raised by the objections. The report and recommendation is accepted and adopted as the court's opinion. The Clerk must enter judgment stating, "This case is dismissed without prejudice." The Clerk must close the file.

SO ORDERED on July 12, 2019.

/s/ *Allen Winsor*
United States District Judge